Motion DENIED.
This the 12th day of May, 2016.
/s/Louise W. Flanagan, U.S. District Judge

FILED
APR 01 2016
JULIE RICHARDS JOHNSTON, CLERK
US DISTRICT COURT, EDNC
BY _____ DEP CLK

March 29, 2016

Dear Judge Flanagan, ma'am:

    I am writing to report my progress & accomplishments in hope that you will be moved to write a letter of recommendation on my behalf for 12 months half-way house. I have been in custody since November 7, 2009 on a sentence of 120 months, and my projected release date without half-way house is in July of 2018.

    In the 84 months that I have been in custody I have not recieved any disciplinary infractions. I chose, instead, to apply myself and learn many things that would help me make better decisions when I re-enter society.

    In December of 2010 I completed the Dryer Major Appliance Program 1, which gave instruction on how various commercial dryers are configured, and how to go about the maintenance of them. In March of 2011 I completed the Dryer Major Appliance Program 2, in which I acquired hands-on application of the principles and theory I learned in the previous course. In November of 2011 I completed a Drug Education course which exposed the realities of how drugs are destroying families & communities, and which also presented me with some strategies for how to avoid the traps of selling or using drugs. In August of 2012 I participated in a Health Fair, which consisted of a series of group discussions designed to give instruction on healthy living practices, such as proper dieting and modern safe sex practices. In June of 2015 I completed a course on Personal Credit which taught me how credit could be used responsibly to improve a person's standar of living. In August of 2015 I completed a Peaceful Solutions course which taught me the arts of conflict management. In September of 2015 I completed a Psychology Re-Entry Anxiety Packet which helped me identify and work through feelings of anxiety about how I would transition back into society. In October of 2015 I completed a Financial Planning course which taught me the ins and outs of budgeting, dealing with banks & other financial institutions, and paying taxes. Finally, in February of 2016 I completed a Victim Impact course which helped me realize the impact that crime has on the lives of crime victims, the families of those who commit crimes, and on the criminals themselves. It changed my worldview. It is worth noting that I also obtained my GED and participated in the Inmate Financial Responsibility Program, paying off my restitution.

    I am currently in USP McCreary's Re-Entry Program Unit. This program unit was designed as an initiative by the Warden J.C. Holland to help inmates who have been in custody for lengthy periods prepare for their transition back into society. In order to qualify for a position in the unit an inmate candidate would have to be atleast 6 months infraction-free and remain infraction-free while in the unit. A candidate would also be required to take part in the numerous Re-Entry Program courses, including Pre-Release Planning, and take the initiative in procuring the legal documents needed in society, such as birth certificates Social Security cards, and Identification cards. Finally, candidates have to be within 36 months of being released to participate. I have met every requirement, and in the process I have also won back the support of my family

1

In conclusion, Judge Flanagan, ma'am, I believe that my conduct while being incarcerated these 84 months merits recognition, and I pray that your Honor shares my belief. I also have reason to believe that it is within your Honor's power and discretion to make the recommendation that I recieve 12 months of half-way house, or to modify the conditions of my supervised release to that effect. I make this request respectfully, ma'am.

Sincerely,
    Omar Wynn #86622-004

State of Kentucky
County of McCreary
The forgoing document was acknowledged before me this 29 day of MARCH 2016
Mike Lawson, Notary Public
My Commission Expires 8-7-2016

"Notary Public"
Mike Lawson
State at Large, Kentucky
My Commission Expires on 8-7-16